Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
RACHAEL ESPERANZA BARRETO

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| RACHAEL ESPERANZA BARRETO,<br><br>                    Plaintiff,<br>    v.<br><br>ABC LEGAL SERVICES, INC., a Washington Corporation,<br><br>                    Defendant. | Case No. 3:11-CV-05152-EMC<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, RACHAEL ESPERANZA BARRETO, and Defendant, ABC LEGAL SERVICES, INC., stipulate, and the Court hereby orders, as follows:

    1.    The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, RACHAEL ESPERANZA BARRETO, against Defendant, ABC LEGAL SERVICES, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

/ / /

1  Dated:  December 20, 2012                    /s/ Fred W. Schwinn
                                                Fred W. Schwinn, Esq.
2                                               Attorney for Plaintiff
                                                RACHAEL ESPERANZA BARRETO

5  Dated:  December 20, 2012                    /s/ William S. Weisberg
                                                William S. Weisberg, Esq.
                                                Attorney for Defendant
                                                ABC LEGAL SERVICES, INC.

9  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.

11 Dated:  1/10/13
                                                The Honorable Edward M. Chen
                                                Judge of the District Court

   IT IS SO ORDERED
   Judge Edward M. Chen

   UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

- 2 -
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER              Case No. 3:11-CV-05152-EMC