Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
RACHAEL ESPERANZA BARRETO

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| RACHAEL ESPERANZA BARRETO,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>ABC LEGAL SERVICES, INC., a Washington Corporation,<br><br>　　　　　　　Defendant. | Case No. 3:11-CV-05152-EMC<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, RACHAEL ESPERANZA BARRETO, and Defendant, ABC LEGAL SERVICES, INC., stipulate, and the Court hereby orders, as follows:

　　　1.　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, RACHAEL ESPERANZA BARRETO, against Defendant, ABC LEGAL SERVICES, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

/ / /

1 | Dated: December 20, 2012

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorney for Plaintiff
RACHAEL ESPERANZA BARRETO

Dated: December 20, 2012

/s/ William S. Weisberg
William S. Weisberg, Esq.
Attorney for Defendant
ABC LEGAL SERVICES, INC.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: 1/10/13

The Honorable Edward M. Chen
Judge of the District Court

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA